# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160297(77)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

KEVIN JAMAL LANG,
   Defendant-Appellant.
_____/

SC: 160297
COA: 338359
Wayne CC: 16-010785 -FC

   On order of the Chief Justice, the motion of defendant-appellant to file a pro per supplement to his application for leave to appeal is GRANTED. The supplement submitted on October 4, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 9, 2019



Clerk